```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

|  |  |
|---|---|
| JOE OAKLEY, et al.,    )<br>                        )<br>    Plaintiffs,       )<br>v.                      )<br>                        )<br>CITY OF MEMPHIS,        )<br>                        )<br>    Defendant.          ) | Civil No. 06-2276-D/P |

## REPORT AND RECOMMENDATION

Before the court is Plaintiffs' Amended Petition for Payment of Attorneys' Fees and Reimbursement of Expenses Pursuant to 42 U.S.C. § 1988 ("Amended Fee Petition"). This motion was referred to the magistrate judge for a report and recommendation. On February 17, 2011, the undersigned magistrate judge held a status conference on the motion. Counsel for all parties were present and heard. The parties informed the court that they have spent considerable time discussing the issues raised in the petition and calculating the fees and expenses to be awarded. After the hearing, the parties submitted the attached proposed Order setting forth the fees and expenses to which plaintiffs' attorneys are entitled.

Based on the entire record, including plaintiffs' Amended Fee Petition, the court's Order on Remedies and Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs,

as modified by the Order Granting Joint Motion To Extend Deadlines, the Declarations of Henry C. Shelton, III, J. Brook Lathram, Robert D. Meyers and J. Michael Fletcher, it is recommended that the court grant the plaintiff's Amended Fee Petition and enter the proposed Order attached to this report and recommendation.  It is further noted that both parties have stated that they will not file any objections to this report and recommendation.

    Respectfully submitted,

                                          s/ Tu M. Pham
                                          TU M. PHAM
                                          United States Magistrate Judge

                                          February 18, 2011
                                          Date

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| JOE OAKLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 06-2276-D/P |
| ) | |
| CITY OF MEMPHIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFFS' AMENDED PETITION FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO 42 U.S.C. § 1988**

This matter came on to be heard before the Court upon Plaintiffs' Amended Petition for Payment of Attorneys' Fees and Reimbursement of Expenses Pursuant to 42 U.S.C. § 1988 ("Amended Fee Petition"), upon the Court's Order on Remedies and Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs (D.E. 114), as modified by the Order Granting Joint Motion To Extend Deadlines (D.E. 116) upon the Declarations of Henry C. Shelton, III, J. Brook Lathram (D.E. 113), Robert D. Meyers and J. Michael Fletcher (D.E. 112), and upon the entire record herein. The Court has carefully reviewed the Amended Fee Petition submitted by Plaintiffs, along with the supporting Declaration, and concludes as follows:

1. Plaintiffs shall be entitled to the full amount of expenses requested in its Amended Fee Petition for the period ending November 30, 2010, or $2,603.09.

2. Plaintiffs' counsel worked a reasonable number of hours on the instant lawsuit.

3. Plaintiffs shall be awarded their attorneys' fees for the period ending October 12, 2010 in the amount of $383,191.25.

4. The Defendant shall pay these sum to Plaintiffs.

5. Plaintiffs may file a supplemental fee petition for fees and expenses incurred with respect to this case for the period beginning December 1, 2010.

IT IS SO ORDERED.


**APPROVED:**

Adams and Reese, LLP
Attorneys for Plaintiffs

By: */s/Henry C. Shelton, III*

*/s/ J. Michael Fletcher*
Attorney for Defendant

Ford & Harrison LLP
Attorneys for Defendant

By: */s/ Robert D. Meyers*