**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

JOE OAKLEY, ET AL.

    Plaintiffs,

v.                                                                       No.: 06-2276 BBD/tmp

CITY OF MEMPHIS,

    Defendant.

**ORDER GRANTING PLAINTIFFS' AMENDED PETITION FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO 42 U.S.C. § 1988**

This matter came on to be heard before the Court upon Plaintiffs' Amended Petition for Payment of Attorneys' Fees and Reimbursement of Expenses Pursuant to 42 U.S.C. § 1988 ("Amended Fee Petition"), upon the Court's Order on Remedies and Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs (D.E. 114), as modified by the Order Granting Joint Motion To Extend Deadlines (D.E. 116) upon the Declarations of Henry C. Shelton, III, J. Brook Lathram (D.E. 113), Robert D. Meyers and J. Michael Fletcher (D.E. 112), and upon the entire record herein. The Court has carefully reviewed the Amended Fee Petition submitted by Plaintiffs, along with the supporting Declaration, and concludes as follows:

    1.    Plaintiffs shall be entitled to the full amount of expenses requested in its Amended Fee Petition for the period ending November 30, 2010, or $2,603.09.

    2.    Plaintiffs' counsel worked a reasonable number of hours on the instant lawsuit.

    3.    Plaintiffs shall be awarded their attorneys' fees for the period ending October 12, 2010 in the amount of $383,191.25.

4. The Defendant shall pay these sums to Plaintiffs.

5. Plaintiffs may file a supplemental fee petition for fees and expenses incurred with respect to this case for the period beginning December 1, 2010.

**IT IS SO ORDERED,** this 22nd day of February, 2011.

s/Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**UNITED STATES DISTRICT JUDGE**

**APPROVED:**

Adams and Reese, LLP
Attorneys for Plaintiffs

By: /s/Henry C. Shelton, III

/s/ J. Michael Fletcher
Attorney for Defendant

Ford & Harrison LLP
Attorneys for Defendant

By: /s/ Robert D. Meyers

858792-1