IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JOE OAKLEY, ET AL.** )<br>)<br>)<br>    Plaintiffs,    )<br>)<br>v.                          )<br>)<br> **CITY OF MEMPHIS,**  )<br>)<br>    Defendant.       ) | Civil No. 06-2276-D/P |

**ORDER AWARDING CERTAIN PLAINTIFFS BACK PAY PURSUANT TO ORDER ON REMEDIES AND GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**

This matter came on to be heard before the Court upon the Court's Order On Remedies And Granting In Part And Denying In Part Plaintiffs' Motion For Attorney Fees And Costs (D.E. 100, the "Remedies Order"), upon the Reference of the back pay issues unresolved by the Remedies Order to the Magistrate Judge (D.E. 119), upon the statements of counsel for Plaintiffs and Defendants adduced in open court, upon the back pay calculations introduced by the parties at the hearing before the Magistrate Judge (the "Back Pay Spreadsheet"), and upon the entire record herein. The Court has carefully reviewed the Back Pay Spreadsheet as amended in one non-material instance, and concludes as follows:

1. The court adopts the Back Pay Spreadsheet, as amended, as its finding of fact as to the liability of Defendant to Plaintiffs for back pay, attaches such amended Spreadsheet as Exhibit 1 hereto

and incorporates such Spreadsheet herein by reference.

  2. Defendant shall pay those Plaintiffs due back pay relief pursuant to the Remedies Order in accordance with Exhibit 1, with additional interest at the annual rate of 4.2% from the date of Exhibit 1 until paid.

  3. All parties retain their rights to move to rehear or appeal any issue in this case until the entry of a final judgment pursuant to Fed. R. Civ. Pro. 54 (a).

  **IT IS SO ORDERED,** this 27th day of April, 2011.


           s/Bernice Bouie Donald
           **BERNICE BOUIE DONALD**
           **UNITED STATES DISTRICT JUDGE**

**APPROVED:**

Adams and Reese, LLP
Attorneys for Plaintiffs

By: */s/Henry C. Shelton, III*

*/s/ J. Michael Fletcher*
Attorney for Defendant

Ford and Harrison PLC
Attorneys for Defendant

By: */s/ Robert D. Meyers*